NUMBER 13-00-216-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


THE STATE OF TEXAS
, Appellant,


v.



JUAN ISMAEL DELAGARZA, JR.
, Appellee.

____________________________________________________________________


On appeal from the 377th District Court


of Victoria County, Texas.


____________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, THE STATE OF TEXAS, perfected an appeal from an
order entered by the 377th District Court of Victoria County, Texas, in
cause number 99-2-17,595-D. The clerk's record was filed on May 30,
2000. The reporter's record was filed on June 30, 2000. The State's 
brief was due on July 30, 2000. To date, no appellate brief has been
received.

 On August 22, 2000, notice was given to all parties that this
appeal was subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). 
The State was given ten days to explain why the cause should not be
dismissed for failure to file a brief. To date, no response has been
received.

 Under these circumstances, the State's failure to file a brief
constitutes abandonment of the appeal. See State v. Palacios, 968
S.W.2d 467, 468 (Tex.App. -- Fort Worth 1998, no pet.); State v.
Crawford, 807 S.W.2d 892, 893 (Tex. App.--Houston [1st Dist.] 1991,
no pet.); State v. Sanchez, 764 S.W.2d 920, 921 (Tex. App.--Austin
1989, no pet.). 

 The Court, having examined and fully considered the documents
on file, the State's failure to file a proper appellate brief, this Court's
notice, and the State's failure to respond, is of the opinion that the
appeal should be dismissed for want of prosecution. The appeal is
hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 28th day of September, 2000